**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY J. MCILWAIN**, | Case No. CV 18-5275-DMG (SKx) |
| Plaintiff, | |
| v. | |
| **JAMES NATHANIEL BROWN,** | **JUDGMENT** |
| Defendant. | |

The Court having granted Defendant James Nathaniel Brown's motion to dismiss by order dated March 24, 2020 [Doc. # 61],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Timothy J. McIlwain.

DATED: March 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE